UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE                                              BANKRUPTCY NO.
**JAMES T. DUFRENE**                               **11-11751**
**BARBARA DUFRENE**
                                                   Section "A"

DEBTOR(S)                                          CHAPTER 13

## ORDER TO APPEAR AND SHOW CAUSE

As a result of the hearing held on June 20, 2011 on the Debtors' Motion to Extend the Automatic Stay and the statements made by the debtors;

**IT IS ORDERED** that attorney Timothy P. Kirkpatrick appear and show cause as to why sanctions should not be imposed for requiring a $600.00 fee prior to objections to claims being filed in the debtors previous chapter 13 case no. 09-13539 . The hearing will be held at:

> **500 Poydras Street**
> **Courtroom B-709**
> **New Orleans, Louisiana**
> **on**
> **Wednsday, August 10, 2011**
> **at**
> **2:00 p.m.**

**IT IS FURTHER ORDERED** that James T. Dufrene and Barbara Dufrene must appear for the hearing.

New Orleans, Louisiana, July 13, 2011.

Elizabeth W. Magner
U.S. Bankruptcy Judge