IN RE:                                                          CASE NO. 11-11751

James T. Dufrene, Jr.                                SECTION "A"
Barbara Dufrene
         Debtors                                         CHAPTER 13

---

# MOTION TO AUTHORIZE SALE OF PROPERTY

NOW COME James T. Dufrene, Jr. and Barbara Dufrene, debtors, who, for the reasons set forth below, move for an Order authorizing the sale of the estate's interest in property free and clear of all liens, claims, and encumbrances, as explained below.

1.      On May 31, 2011 debtors filed a voluntary petition seeking relief under Chapter 13 of the Bankruptcy Code.

2.      Debtors' 60 month plan, which pays nonpriority unsecured creditors at 100% with 6% interest, awaits confirmation.

3.      Debtors own immovable property located at 510 Lot ! Highway 306, Paradis, LA 70080, which is valued in Schedule A at $215,000 (before deducting estimated costs of sale). This property is Debtors' homestead.

4.       This property is encumbered by two mortgages. First National Bank US, which holds a first mortgage, filed a proof of claim for $93,550.08; Litton Loan Servicing, LP, which holds the second mortgage, filed a proof of claim for $49,176.42.

5.      As shown by the Purchase Agreement and Amended thereto, attached hereto, debtors have received an offer of purchase of the property for the price of $225,000.00.

6.  Debtors propose to devote all necessary net funds from the sale, which they estimate to be approximately $68,000, in order to complete their Chapter 13 Plan.

7.  Debtors seek authority from the Court to sell the property on the terms and conditions set forth above.

WHEREFORE, debtors pray that after notice and a hearing this Court enter an Order approving the sale of the Property.

Respectfully submitted:

*/s/ A. Bowdre Banks Jr.*
A. Bowdre Banks, Jr. (2725)
650 Poydras Street, Suite 2608
New Orleans, LA 70130
(504) 524-7603