UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: | CASE NO. 11-11751 |
|---|---|
| James T. Dufrene, Jr. | SECTION "A" |
| Barbara Dufrene | |
| Debtors | CHAPTER 13 |

# EX PARTE MOTION TO DISMISS CASE

NOW COME James T. Dufrene, Jr. and Barbara Dufrene, debtors, who, for the reasons set forth below, move for an Order dismissing this case.

1. On May 31, 2011 debtors filed a voluntary petition seeking relief under Chapter 13 of the Bankruptcy Code.

2. Pending in this case is the confirmation hearing, hearing on debtors' motion for authority to sell their home and a rule for debtors' former attorney to show cause.

3. Debtors had assumed that the funds remaining from the sale of the real estate after paying all the Chapter 13 Trustee would be tendered to them within a very short period of time, allowing them to move to a new home within days of the sale. Undersigned counsel has advised, however, that the non-governmental bar date is October 11, 2011 and that government proofs of claim are due by November 28, 2011, with the result that sale proceeds would not be released to them until after that time.

4. Debtors need the sale proceeds as soon as possible. For this reason, debtors have instructed counsel to file this motion.

5. Both mortgages will be paid from the sale proceeds. Additionally, there is a little more than $3,500 in debt listed in Schedule F, and debtors plan to pay this debt with the sale proceeds.

6. Counsel has advised debtors that the Court expects them to attend the hearing scheduled for August 10, 2011 at 2:00 p.m., and debtors have agreed to be present for the hearing, even if the Court grants the motion to dismiss.

7. Debtors understand that upon dismissal of this case the automatic stay, which protects them from creditors, will cease. Debtors further understand that should they wish or need to file another bankruptcy case within one (1) year of the time that this case was pending, the automatic stay will either terminate after 30 days of the filing of the case or will not go into effect, unless the Court extends the stay or orders the stay, as the case may be.

WHEREFORE, debtors pray that this Court enter an Order dismissing this case.

Respectfully submitted:

*/s/ A. Bowdre Banks Jr.*
A. Bowdre Banks, Jr. (2725)
650 Poydras Street, Suite 2608
New Orleans, LA 70130
(504) 524-7603

## VERIFICATION

James T. Dufrene Jr. and Barbara Dufrene, debtors, hereby state that they have read, understand and agree to the allegations in this Motion to Dismiss.

*/s/ James T. Dufrene Jr.*
James T. Dufrene Jr.

*/s/ Barbara Dufrene*
Barbara Dufrene